IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MID-STATE BOLT AND NUT CO., INC.<br>1575 Alum Creek Drive<br>Columbus, Ohio 43209<br><br>*Plaintiff,*<br><br>v.<br><br>HALDEX BRAKE PRODUCTS CORPORATION<br>C/O Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, Ohio 43215<br><br>AND<br><br>SAF-HOLLAND SE<br>Main Street 26<br>D-63856 Bessenbach<br>Germany<br><br>*Defendants.* | : | CASE NO.: 2:25-cv-385<br><br>CHIEF DISTRICT JUDGE<br>SARAH D. MORRISON<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON<br>DEAVERS |

PLAINTFF MID-STATE BOLT AND NUT CO., INC'S NOTICE OF FILING OF UNREDACTED COPY OF EXHIBIT "B" TO ITS COMPLAINT IN THIS MATTER

**NOW COMES** Plaintiff Mid-State Bolt and Nut Company, Inc., by and through undersigned counsel, and hereby gives notice of its filing of an unredacted copy of Exhibit "B" to its Complaint in this matter.

Respectfully submitted,

CARLILE PATCHEN & MURPHY LLP

By: /s/ Anthony T. Betta
Anthony T. Betta (0096070)
950 Goodale Boulevard, Suite 200
Columbus, Ohio 43212
Tele: (614) 228-6135
Fax: (614) 221-0216
Email: abetta@cpmlaw.com
*Attorney for Plaintiff*